DONALD F. ZIMMER, JR. (State Bar No. 112279)
fzimmer@kslaw.com
WILLIAM E. STEIMLE (State Bar No. 203426)
wsteimle@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorneys for Defendant
COLOPLAST CORP.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CADDY,<br><br>             Plaintiff,<br><br>      vs.<br><br>COLOPLAST CORP.,<br><br>             Defendant. | Case No. 3:19-cv-01825-TWR-JLB<br><br>**DEFENDANT COLOPLAST CORP.'S NOTICE OF UNTIMELY OPPOSITIONS TO MOTIONS** |

Defendant Coloplast Corp. ("Coloplast") provides notice that Plaintiff did not timely file responses to Coloplast's motions *in limine* and motions to exclude testimony from plaintiff's experts. More specifically, Plaintiff filed the following pleadings late:

- Plaintiff's Response in Opposition to Coloplast Corp.'s Motion To Exclude The Opinion Testimony Of Jimmy Mays, Ph.D. (Doc. 129);
- Plaintiff's Response in Opposition to Coloplast Corp.'s Motion To Exclude The Opinion Testimony Of Peggy Pence, Ph.D. (Doc. 130);
- Plaintiff's Response in Opposition to Coloplast's Corp.'s Motions in Limine (Doc. 131);
- Plaintiff's Opposition to Coloplast Corp.'s Motion To Exclude The Opinion Testimony Of Donald R. Ostergard, M.D. (Doc. 132).

Plaintiff's oppositions to these motions were due "on or before October 12, 2020." Order of March 10, 2020 (Doc. 94) at 2:5-6. Plaintiff's delay has further compressed an already short time frame to prepare and file reply briefs for three motions seeking to exclude Plaintiff's experts and twelve motions *in limine*. *See id.* at 2:6-7 (setting the deadline for replies as October 19, 2020). Coloplast thus seeks leave for additional time to serve its reply briefs, until October 20, 2020, so that it has the time intervals contemplated between responsive briefs and reply briefs as originally set forth by the Court's scheduling order. Coloplast makes this request unless the Court deems Plaintiff's untimely filings as grounds to not consider them and grant Coloplast's motions without further consideration. *See* Standing Order for Civil Cases section III. A. 2; Civ. Local Rule 7.1(f)(3)(c).

Dated: October 14, 2020           **KING & SPALDING LLP**

By: /s William E. Steimle
    WILLIAM E. STEIMLE
    wsteimle@kslaw.com

    Attorney for Defendant
    COLOPLAST CORP.